FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In Re: KEVAN HARRY GILMAN, Debtor, | No. 24-2249 |
| TAMMY R. PHILLIPS; TAMMY R. PHILLIPS, APLC, | D.C. No. 2:22-cv-04450-MWF Central District of California, Los Angeles |
| Plaintiffs - Appellants, | **ORDER** |
| v. | |
| AMY L. GOLDMAN, | |
| Defendant - Appellee. | |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3.